# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MINNESOTA*

RECEIVED BY MAIL
NOV 02 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

**CASE TITLE:** *Joseph Anthony Favors v. Synchrony Bank, and John Doe Representatives*, Court File No: <u>21-cv-02473-JRT/TNL</u>, United States District Court, District of Minnesota.

**CASE TYPE:** <u>CIVIL LAWSUIT</u>

**CHIEF JUDGE:** <u>John R. Tunheim</u>

**MAGISTRATE:** _____

<u>VOLUNTARY CASE DISMISSAL</u>

---

<u>**PLAINTIFF'S VOLUNTARY DISMISSAL**</u>

**TO THE ABOVE-CAPTIONED COURT:**

Plaintiff, <u>Joseph Anthony Favors</u>, hereby requests that the Court dismiss Plaintiff's claims with prejudice against Defendant <u>Synchrony Bank, and John Doe Representatives</u> involved, and with all rights of appeal waived, and direct that all Parties shall bear their own fees and costs. Plaintiff has settled this matter with Defendant, *SYNCHRONY BANK AND REPRESENTATIVE*, out of court.

SCANNED
NOV 02 2022
U.S. DISTRICT COURT ST. PAUL

Respectfully Submitted,

Date: 10-30-2022          *Joseph A. Favors*
          **Joseph A. Favors**